IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

Vs.                    CASE NO.  4:07cr00036-03   JM

JENNIFER COREY SPIKES

ORDER

Pending is the United States' Superseding Petition for summons to be issued for Defendant to appear for a hearing on the alleged violations of supervised release (DE #168).

The motion for summons to be issued is granted. The Clerk is directed to issue a summons and the U.S. Marshal is directed to serve the summons, petition and a copy of this Order on Defendant to appear **Tuesday, May 13, 2014 at 9:15 a.m.,** Richard Sheppard Arnold United States Courthouse, 500 West Capitol, Room 4A, Little Rock, Arkansas, for a hearing on the motion to revoke supervised release. The summons should state that the defendant is to report to the United States Probation Office thirty (30) minutes prior to the scheduled hearing. The Clerk is directed to provide a copy of the motion to the United States Marshal Service.

IT IS SO ORDERED this 2nd day of May, 2014.

_____
James M. Moody Jr.
United States District Judge